# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELVIN ALLEN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MEYER, et al.,<br><br>　　　　　Defendants.<br>_____ / | CASE NO. 1:09-cv-00729-GBC PC<br><br>CORRECTION TO ORDER DISMISSING CERTAIN CLAIMS AND DEFENDANTS AND FINDING SERVICE OF COMPLAINT APPROPRIATE<br><br>(ECF No. 19) |

　　　Kelvin Allen ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on the first amended complaint, filed against Defendants Meyer, Botello, Trisha, Zamora, Adair, and Zuniga on January 19, 2011, for deliberate indifference in violation of the Eighth Amendment . On February 16, 2011, the Court issued an order dismissing certain claims and defendants and finding service of the complaint appropriate. In the order, the Court ordered a copy of the first amended complaint to be sent to Plaintiff and that endorsed copies be returned. The order incorrectly stated that the first amended complaint was filed on January 28, 2011. The correct date of filing of the first amended complaint was January 19, 2011. Accordingly, it is HEREBY ORDERED that the date of filing of the first amended complaint in the order dismissing certain claims and defendants and finding service of the complaint appropriate shall be corrected to January 19, 2011.

　　　IT IS SO ORDERED.

Dated:　　February 17, 2011　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1