# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| KELVIN ALLEN, | Case No. 1:09-cv-00729 DLB PC |
|---|---|
| Plaintiff, | ORDER GRANTING PARTIES' STIPULATION TO EXTEND BRIEFING SCHEDULE |
| v. | |
| MEYER, et al., | (Document 67) |
| Defendants. | |

Plaintiff Kelvin Allen ("Plaintiff") is a California state prisoner proceeding in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff is represented by counsel for the limited purpose of resolving the issue of exhaustion of administrative remedies.

On December 3, 2014, the parties filed a stipulation to extend the briefing schedule for Defendants' November 25, 2014, motion for judgment on the pleadings. The stipulation is GRANTED. Plaintiff's opposition shall be due by January 9, 2015, and Defendants' reply, if any, shall be due by January 30, 2015.

IT IS SO ORDERED.

Dated: **December 5, 2014**           /s/ *Dennis L. Beck*
                                   UNITED STATES MAGISTRATE JUDGE

1