# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELVIN ALLEN,<br><br>            Plaintiff,<br><br>     v.<br><br>MEYER, et al.,<br><br>            Defendants. | Case No. 1:09-cv-00729 DLB PC<br><br>ORDER DISREGARDING ORDER REQUIRING CLARIFICATION FROM PLAINTIFF'S COUNSEL<br><br>(Document 73) |

Plaintiff Kelvin Allen ("Plaintiff") is a California state prisoner proceeding in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On June 20, 2014, the Ninth Circuit Court of Appeals remanded the action to this Court with instructions to vacate the judgment.

Pursuant to the July 23, 2014, Notice of Appearance, Plaintiff is represented by counsel for the limited purpose of resolving the issue of exhaustion of administrative remedies.

On January 27, 2015, the Court issued an order to Plaintiff's counsel requesting clarification of Plaintiff's January 22, 2015, request for judicial notice.  However, Plaintiff's January 27, 2015, motion for the appointment of counsel includes many of the same exhibits and provided clarification of Plaintiff's purpose.

///

///

///

///

1

Accordingly, the January 27, 2015, order (Document 73) is DISREGARDED.

IT IS SO ORDERED.

Dated:   **January 28, 2015**                             /s/ *Dennis L. Beck*
                                                  UNITED STATES MAGISTRATE JUDGE