# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELVIN ALLEN,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MEYER, et al.,<br><br>　　　　　Defendants. | ) Case No.: 1:09-cv-00729 LJO DLB<br>)<br>) ORDER DIRECTING CLERK OF THE<br>) COURT TO ADMINISTRATIVELY<br>) REDESIGNATE CASE AS A REGULAR<br>) CIVIL ACTION<br>)<br>) **New Case No.: 1:09-cv-00729 LJO SKO**<br>)<br>) |

Plaintiff Kelvin Allen is an inmate proceeding with counsel in this civil rights action. As Plaintiff has counsel, this action is no longer a pro se case.

According, the Clerk of the Court SHALL change the administrative designation of the present case to reflect that of a regular civil rights action. The new case number is **1:09-cv-00729 LJO SKO.** This case number must be used on all future pleadings.

IT IS SO ORDERED.

　　Dated: **July 2, 2015**　　　　　　　　　　　　/s/ *Dennis L. Beck*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28