1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELVIN ALLEN,<br><br>                    Plaintiff,<br><br>     v.<br><br>MEYER, et al.;<br><br>                    Defendants. | Case No. 1:09-cv-00729-LJO-SKO<br><br>**STIPULATION AND ORDER REFERRING MATTER TO A SETTLEMENT CONFERENCE AND VACATING DISCOVERY AND DISPOSITIVE MOTION DEADLINES** |

STIPULATION AND ORDER
Case No. 1:09-cv-00729-LJO-SKO

**INTRODUCTION**

Plaintiff Kelvin Allen ("Plaintiff") and defendants Meyer-Zlokovich, Botello, Zamora, and Zuniga ("Defendants"), by and through their undersigned counsel, request that the Court refer this matter to a settlement conference before United States Magistrate Judge Nandor J. Vadas in San Francisco, California, and vacate the current discovery and dispositive motion deadlines while the parties pursue settlement discussions.  Pursuant to Civil Local Rule 143, a stipulation and proposed order reflecting these requests is included below.

**RELEVANT BACKGROUND INFORMATION**

This Court's June 1, 2015 Amended Discovery and Scheduling Order set a discovery schedule closing on September 1, 2015, and a dispositive motion deadline on November 2, 2015. (Dkt. 83.)  That Order also sought clarification from counsel for Mr. Allen as to whether their (pro bono) representation would continue beyond the limited issue of exhaustion of administrative remedies.  (*Id.*)

On July 1, 2015, counsel for Mr. Allen clarified that their representation of Mr. Allen will continue through trial.  (Dkt. 85.)  Counsel also alerted the Court that they would request an extension of the current discovery and dispositive motion deadlines, due to competing obligations and a demanding case schedule through September 1, 2015, and would work with Defendants' counsel to stipulate to a revised schedule agreeable to all parties.

In the course of discussing the extension, the parties have agreed to discuss the possibility of settlement.  To assist the parties with these discussions, the parties respectfully request, pursuant to Civil Local Rule 270, that the Court refer the case for a settlement conference before Magistrate Judge Vadas, to take place in the United States District Court for the Northern District of California in San Francisco, California.  The parties have been informed that Magistrate Judge Vadas may be available to hold a settlement conference on either October 29, 2015 or October 30, 2015 in San Francisco.  The parties respectfully request a referral to Magistrate Judge Vadas for a settlement conference on either date, or such other date that is convenient for Magistrate Judge Vadas and his staff.  Mr. Allen may also request to be permitted to appear by telephone

STIPULATION AND ORDER
Case No. 1:09-cv-00729-LJO-SKO

1

1  from his institution at the settlement conference, rather than in person, if Magistrate Judge Vadas
2  is amenable to such an appearance.
3      In the event the October 2015 dates are unavailable, Mr. Allen respectfully requests that
4  the settlement conference take place no earlier than September 1, 2015 and Defendants' counsel
5  does not oppose this request.[1]  In addition to scheduling conflicts in July and August, counsel for
6  Mr. Allen will need time to meet with Mr. Allen in person to discuss settlement, a process that
7  requires advance notice and approval from Mr. Allen's institution for each visit.  Scheduling the
8  settlement conference after September 1, 2015 will ensure adequate time to prepare.
9      In addition, to permit the parties adequate time to focus on settlement, the parties also
10 request that the Court vacate the current discovery and dispositive motion deadlines set forth in
11 the Amended Scheduling Order and reset them, if necessary, after mediation.  The parties will
12 promptly alert the Court if the case does not settle and, at that time, will propose new discovery
13 and dispositive motion deadlines for the Court's consideration.

---

[1] Defendants' counsel is unavailable on December 8, and is in trial and unavailable during the week of December 14, 2015.

STIPULATION AND ORDER
Case No. 1:09-cv-00729-LJO-SKO

2

1  **STIPULATION**

2  THEREFORE, the Parties STIPULATE and AGREE TO the following:

3  a) This case will be referred to Magistrate Judge Nandor J. Vadas for a Settlement

4  Conference to take place in San Francisco, California after September 1, 2015; and

5  b) The current case deadlines set forth in the Amended Discovery and Scheduling Order

6  are vacated.

7

8  Dated: July 24, 2015                **KELVIN ALLEN**,

9                                      By:  /s/ *Caitlin Sinclaire Blythe*
                                            CAITLIN SINCLAIRE BLYTHE
10
                                       GEORGE C. HARRIS
11                                     CAITLIN SINCLAIRE BLYTHE
                                       JULIE A. NICHOLSON
12                                     MORRISON & FOERSTER LLP

13                                     Attorneys for Plaintiff
                                       KELVIN ALLEN
14

15
    Dated: July 24, 2015                **MEYER-ZLOKOVICH, BOTELLO, ZAMORA, &**
16                                      **ZUNIGA,**

17
                                        By:  /s/ *Jaime M. Ganson* (as authorized on 7/24/2015)
18                                           JAIME M. GANSON

19                                      KAMALA D. HARRIS
                                        Attorney General of California
20                                      THOMAS S. PATTERSON
                                        Supervising Deputy Attorney General
21                                      JAIME M. GANSON
                                        Deputy Attorney General
22
                                        Attorneys for Defendants
23                                      MEYER-ZLOKOVICH, BOTELLO, ZAMORA, &
                                        ZUNIGA
24

25

26

27

28

STIPULATION AND ORDER
Case No. 1:09-cv-00729-LJO-SKO                3

1 **ORDER**

2  Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

3 1. This case is referred to Magistrate Judge Nandor J. Vadas for a Settlement Conference to
4  take place in San Francisco, California, on or before October 30, 2015;

5 2. A representative with full and unlimited authority to negotiate and enter into a binding
6  settlement on the defendants' behalf shall attend in person;

7 3. Those in attendance must be prepared to discuss the claims, defenses and damages. The
8  failure of any counsel, party or authorized person subject to this order to appear in person
9  may result in the imposition of sanctions. The parties are ordered to contact the chambers
10  of Magistrate Judge Nandor J. Vadas to confirm whether Plaintiff's appearance in person
11  is required or appearance by telephone will be permitted;

12 4. The parties are directed to provide confidential settlement conference statements to the
13  Honorable Nandor J. Vadas, U.S. District Court-Northern District of California, 3140
14  Boeing Avenue, McKinleyville, CA 95519 or via email at NJVpo@cand.uscourts.gov, so
15  that they arrive no later than ten calendar days prior to the settlement conference;

16 5. The current case deadlines set forth in the Amended Discovery and Scheduling Order are
17  vacated; and

18 6. Within ten days of the settlement conference, if the case does not settle, the parties shall
19  file a joint proposal to reset the remainder of the case deadlines.

20
21 IT IS SO ORDERED.

22  Dated:   **July 30, 2015**                    /s/ Sheila K. Oberto
                                        UNITED STATES MAGISTRATE JUDGE
23
24
25
26
27
28

STIPULATION AND ORDER
Case No. 1:09-cv-00729-LJO-SKO          4