United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| KELVIN ALLEN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MEYER, et. al.,<br><br>　　　　Defendants.<br>_____ / | No. 1:09-CV-00729 LJO SKO<br><br>**ORDER RE MEET AND CONFER** |

The court has been informed by Defense Counsel that this case is part of the Attorney General's pilot program. Accordingly, the requirement that a representative of the CDCR be present at the meet and confer is HEREBY VACATED.

**IT IS SO ORDERED.**

Dated: October 15, 2015

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　NANDOR J. VADAS
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge